People v Swick (2026 NY Slip Op 01714)

People v Swick

2026 NY Slip Op 01714

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, SMITH, AND OGDEN, JJ. (Filed Mar. 20, 2026.) 

MOTION NOS. (1272-1273/17) KA 16-00562 AND KA 16-00563.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vCHRISTOPHER SWICK, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.